AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____

CRAIG JACKSON

V.

VILLAGE OF HAVERSTRAW, NEW YORK,
RUBEN BERRIOS, as Building Inspector,
RAFAEL BUENO, JR., as Code Enforcer, THE
TOWN OF HAVERSTRAW, NEW YORK and
JANE DOES 1-6 and JOHN DOES 1-6 being and

TO: (Name and address of defendant)

RAFAEL BUENO, JR.
CODE ENFORCER
40 NEW MAIN STREET
HAVERSTRAW, NY 10927

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CIV. 6989**

**JUDGE CONNER**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Feerick Lynch MacCartney, PLLC
By: Dennis E. A. Lynch, Esq.
   96 South Broadway
   Nyack, NY 10960

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                           AUG - 3 2007

CLERK                                             DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 08/06/07 |
| NAME OF SERVER (PRINT) Magally Alpizar | TITLE |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 40 New Main Street, Haverstraw, New York 10927

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 6, 2007
                     Date

Signature of Server

Nanuet, NY   10954
Address of Server

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.