**Morris Duffy Alonso & Faley**
Two Rector Street
New York, New York 10006
(212)766-1888
Fax (212)766-3252

August 15, 2007

**Via ECF**

Honorable William C. Conner
United States Judge
Southern District New York
300 Quarropas Street
White Plains, New York 10601

    Re: <u>Craig Jackson v. Village of Haverstraw, et al.</u>
       07-CV-2514 (WCC)

Dear Judge Conner:

  I represent defendants Village of Haverstraw, Ruben Berrios and Rafael Bueno Jr. I am writing to respectfully request a 30 day extension of time to answer or respond to the complaint in this matter.

  (1) The original date that the Answer is due is August 27, 2007.
  (2) This is the first request for an extension.
  (3) Counsel for plaintiff has consented to this request.

  The reason for the request is to allow our office enough time to investigate the allegations made in the complaint.

  Accordingly, I respectfully request that the time for defendants to answer or otherwise respond to the complaint be extended for 30 days to September 26, 2007.

  I thank you for your consideration of this matter.

                Respectfully submitted,

                /s/

                Carl S. Sandel (CS 3594)

cc: Dennis E. A. Lynch, Esq. (via ECF and fax)
   Attorney for Plaintiff