UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CRAIG JACKSON,

                    Plaintiff,

              -against-

VILLAGE OF HAVERSTRAW, NEW YORK, RUBEN
BERRIOS, as Building Inspector, RAFEAL BUENO, JR.
as Code Enforcement Officer, THE TOWN OF
HAVERSTRAW, NEW YORK and JANE DOES 1-6
being and intended to be persons whose names are
presently unknown and who conspired with the Defendants,

                    Defendants.
-------------------------------------------------------------x

**STIPULATION**

Docket No.:
07 CV 6989
(WCC)

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the defendant TOWN OF HAVERSTRAW's time to answer, appear or move with respect to the above-captioned action is extended to and including September 26, 2007. The Town of Haverstraw waives the jurisdictional defense of insufficiency of service of process.

DATED: New York, New York
         August 31, 2007

FEERICK LYNCH MacCARTNEY
Attorneys for Plaintiff
96 South Broadway
South Nyack, New York 10960
(845) 353-2000

By:_____
    Dennis Lynch, Esq. (DL 6537)

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendant
TOWN OF HAVERSTRAW
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-519

By:_____
    Steven C. Stern, Esq. (SS 2573)

SO-ORDERED:

_____
U.S.D.J.