UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CRAIG JACKSON,

               Plaintiff,

-against-

VILLAGE OF HAVERSTRAW, NEW
YORK, RUBEN BERRIOS, AS BUILDING
INSPECTOR, RAFAEL BUENO, JR.,
AS CODE ENFORCEMENT OFFICER,
THE TOWN OF HAVERSTRAW, NEW
YORK AND JANE DOES 1-6 AND
JOHN DOES 1-6 BEING AND
INTENDED TO BE PERSONS WHOSE
NAMES ARE PRESENTLY UNKNOWN
AND WHO CONSPIRED WITH THE
DEFENDANTS,

               Defendants.
------------------------------------------------------------X

ORIGINAL

STIPULATION OF
DISCONTINUANCE

07 6989 (WCC)
02 Civ. 7~~223 (SCR)~~(GAY)

ECF CASE

    **IT IS HEREBY STIPULATED AND AGREED**, pursuant to FRCP §41(a) by and between the undersigned attorneys of record for all the parties to the above-entitled action, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that this action against the Defendants in the above-entitled action be, and the same hereby is discontinued without prejudice and without costs or disbursements or any attorneys fees or other expenses being assessed by either party against the other. This stipulation may be filed without further notice with the Clerk of the Court.

FEERICK LYNCH MacCARTNEY PLLC

By: _____
Dennis E. A. Lynch (DL 6537)
Attorneys for Plaintiff
96 South Broadway
South Nyack, New York 10960
(845) 353-2000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

E-
COPIES/MAILED TO COUNSEL OF RECORD _____

MIRANDA SOKOLOFF SAMBURSKY SLONE
    VERVENIOTIS, LLP

By: _____
Steven Stern (SS 2573)
Attorneys for Defendant Town and Officials
240 Esposito Building
Mineola, New York 11501
(516) 741-7676

MORRIS DUFFY ALONSO & FALEY

By: _____
Carl S. Sandel (CS 3594)
Attorneys for Defendant Village and Officials
Two Rector Street
New York, New York 10006
(212) 766-1888

Dated: White Plains, NY
       July 9, 2008

**SO ORDERED:** _____
**HON. WILLIAM C. CONNER, U.S.D.J.**

2